No. 369. HEMPHILL *v.* UNITED STATES. Argued February 13, 1941. Decided

658

March 3, 1941.  *Per Curiam:*  The judgment is reversed and the cause remanded to the Circuit Court of Appeals with directions to consider the sufficiency of the evidence to support the verdict.  *Sherwin* v. *United States* and *Sheridan* v. *United States, ante,* p. 654.  *Mr. Melville Monheimer* submitted for petitioner.  *Mr. Thomas E. Harris,* with whom *Solicitor General Biddle, Assistant Attorney General Berge,* and *Messrs. William W. Barron* and *George F. Kneip* were on the brief, for the United States.